STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Cheryl L. Myers<br>        Debtor(s)<br>M&T Bank<br>        Creditor/Movant<br>v.<br>Cheryl L. Myers<br>        Respondent | Chapter 13<br><br>Bankruptcy Case: 18-04029-RNO<br><br>Judge: Robert N. Opel, II |

O R D E R

AND NOW, this ____ day of _____, 20____ upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of M&T Bank and any successor in interest and Debtor, Cheryl L. Myers, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow M&T Bank and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): ***22 Machell Ave, Dallas, PA 18612***.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, Pennsylvania 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
(Counsel for Movant)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Cheryl L. Myers<br>        Debtor(s)<br>M&T Bank<br>        Creditor/Movant<br>v.<br>Cheryl L. Myers<br>        Respondent | Chapter 13<br><br>Bankruptcy Case: 18-04029-RNO<br><br>Judge: Robert N. Opel, II |

**CERTIFICATION OF DEFAULT**

    I, Christopher M. McMonagle, Esquire, of Stern & Eisenberg, PC, Counsel for M&T Bank, hereby certify that the Debtor, Cheryl L. Myers, is in default of the Stipulation approved on April 2, 2019, for failing to make the required payments as set forth in the attached Notice of Default together with any subsequent payments that have come due and owing. See Exhibit "A" which is attached hereto and made a part hereof.

    Pursuant to the Stipulation, Counsel hereby requests the Court enter the Order for Relief attached hereto.

                                STERN & EISENBERG, PC

                                By: /s/ Christopher M. McMonagle, Esq.
                                Christopher M. McMonagle, Esq.,
                                1581 Main Street, Suite 200
                                The Shops at Valley Square
                                Warrington, PA 18976
                                Phone: (215) 572-8111
                                Fax: (215) 572-5025
                                Bar Number: 316043
Date: November 15, 2019           Email: cmcmonagle@sterneisenberg.com

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Cheryl L. Myers<br>       Debtor(s)<br>M&T Bank<br>       Creditor/Movant<br>v.<br>Cheryl L. Myers<br>       Respondent | Chapter 13<br><br>Bankruptcy Case: 18-04029-RNO<br><br>Judge: Robert N. Opel, II |

## **CERTIFICATE OF SERVICE**

I, Christopher M. McMonagle, Esquire, hereby certify that a copy of the within Certification of Default was served on the Debtor, Debtor's Counsel, and the Chapter 13 Trustee in accordance with the Rules of Bankruptcy Procedure on November 15, 2019 via First Class Mail.

Kevin M. Walsh, Esquire
297-299 Pierce Street, Kingston, PA 18704

Cheryl L. Myers
22 Machell Drive, Dallas, PA 18612

Charles J. DeHart, III (Trustee), Trustee
8125 Adams Drive, Suite A, Hummelstown, PA 17036

                                        STERN & EISENBERG, PC

                                        By: /s/ Christopher M. McMonagle, Esq.
                                        Christopher M. McMonagle, Esq.,
                                        1581 Main Street, Suite 200
                                        The Shops at Valley Square
                                        Warrington, PA 18976
                                        Phone: (215) 572-8111
                                        Fax: (215) 572-5025
                                        Bar Number: 316043
Date: November 15, 2019              Email: cmcmonagle@sterneisenberg.com