

*EXHIBIT A*



LAW OFFICES
## Stern & Eisenberg
*www.sterneisenberg.com*

1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

*Via U.S. Regular Mail*

Cheryl L. Myers
22 Machell Drive
Dallas, PA 18612

      RE:  M&T Bank v. Cheryl L. Myers
      BK:  18-04029-RNO

Dear Cheryl L. Myers:

    I, Christopher M. McMonagle, Esquire, attorney for M&T Bank, write to advise you that you are in default of the Court Order/Stipulation entered on April 2, 2019. Pursuant to Section # 9 of the entered Stipulation/Court Order, if Debtor(s) fails to make any of the payments, M&T Bank, shall notify the Debtor and Debtor's attorney of the default.

    Please be advised that you have not made the following payments:

Regular Payments: 08/01/2019 – 10 01/2019 @ *$1,598.65(3months)*..……..$ 4,795.95
Attorney's Fees/Costs: ………………………………………………........$75.00
Suspense Balance: ……………………………………………………….($6.03)
**Total amount due……………………………………………….......$4,864.92**

    In accordance with the said stipulation, if the above payments are not cured within ten days (*10 days*) from the date of this notice, we will certify default in accordance with the terms of the approved stipulation and obtain relief. Any additional payments that become due during the time provided under this notice (or any objection thereto) also need to be paid in order to cure this default.

Should you have any questions, please contact your attorney.

                Sincerely,

                STERN & EISENBERG, PC

                By: /s/ Christopher M. McMonagle, Esq.
                Christopher M. McMonagle, Esq.,
                1581 Main Street, Suite 200
                The Shops at Valley Square
                Warrington, PA 18976
                Phone: (215) 572-8111
                Fax: (215) 572-5025
                Bar Number: 316043
Date: October 17, 2019         Email: cmcmonagle@sterneisenberg.com

cc: Kevin M. Walsh, Esquire, 297-299 Pierce Street, Kingston, PA 18704
  *(Counsel for Debtor)*
cc: Charles J. DeHart, III (Trustee), 8125 Adams Drive, Suite A, Hummelstown, PA 17036
  *(Chapter 13 Trustee)*